# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00267-CV

### In re Elizabeth Weston

---

### ORIGINAL PROCEEDING FROM COMAL COUNTY

---

### O R D E R

**PER CURIAM**

Relator Elizabeth Weston has filed a petition for writ of mandamus and motion for stay of specified obligations under May 9, 2022 discovery order. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and temporarily stay the trial court's May 9, 2022 discovery ruling and the production of discovery pursuant to that ruling pending further order of this Court. *See id*. 52.10(b). The Court orders real parties in interest to file responses to the petition for writ of mandamus on or before May 12, 2022.

It is ordered on May 10, 2022.

Before Chief Justice Byrne, Justices Kelly and Smith